UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
at LEXINGTON

| | |
|---|---|
| GLEN RILEY, | ) |
| Plaintiff, | ) Action No. 5:12-cv-352-JMH |
| v. | ) **MEMORANDUM OPINION AND ORDER** |
| STEVE HANEY, et al., | ) |
| Defendants. | ) |

\*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court on the Report and Recommendation entered by Magistrate Judge Candace J. Smith [DE 45] on Defendant CorrectCare Integrated Health Inc.'s Motion for Summary Judgment [DE 23]. Said action was referred to the magistrate pursuant to 28 U.S.C. § 636 (b)(1)(B). The Magistrate Judge filed her Report and Recommendation [DE 45] on February 25, 2014. Riley timely filed his objections on March 13, 2014 [DE 46]. This matter is now ripe for review. For the reasons that follow, this summary judgment shall be entered in favor of Defendant CorrectCare.

This Court shall make "a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C.

1

§ 636(b)(1)(C). However, Plaintiff Glen Riley's Objections to the Report and Recommendations do not contain substantive objections for this Court to address. Riley states that there are "unsettled" genuine issues of material fact and that the moving party is not entitled to summary judgment, but his objections to not list any material facts that are in dispute. Riley has not offered any evidence, by way of affidavit or otherwise, to contest any facts material to this Court's determination. Riley's objections make several positive comments about Nurse Shelli Conyers-Votaw's efforts to obtain medical care for him. The facts listed by Riley in his objections are, insofar as this Court reads Riley's assertions, in agreement with the facts as stated in the Report and Recommendation. Additionally, Riley's objections do not make any objections to the Report and Recommendation on any legal grounds.

Nonetheless, the Court has reviewed Magistrate Judge Smith's Report and Recommendations *de novo* and agrees with her recommendation that summary judgment should be entered in favor of CorrectCare. The Court adopts the findings and recommendations made in the Report and Recommendations as if set forth verbatim herein.

Accordingly, **IT IS ORDERED:**

(1) that the Report and Recommendation of Magistrate Judge Candace J. Smith [DE 45] is **ACCEPTED** and **ADOPTED** in total;

(2) that Defendant CorrectCare's Motion For Summary Judgment is **GRANTED.**

This the 28th day of March, 2014.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge